23 So.2d 683

### Jasper MAYFIELD v. STATE.

### 7 Div. 851.

Supreme Court of Alabama.
Nov. 8, 1945.

Felix L. Smith, of Rockford, for petitioner.

Robt. B. Harwood, Atty. Gen., and Frank N. Savage, Asst. Atty. Gen., opposed.

GARDNER, Chief Justice.

Petition of Jasper Mayfield for certiorari to Court of Appeals to review and revise the judgment and decision of that Court in the case of Mayfield v. State, 23 So.2d 683.

Writ denied.

FOSTER, LAWSON, and SIMPSON. JJ., concur.